IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   vs.                  :   CIVIL NO: MS-1-00-019
                               JUDGE DLOTT
                               MAGISTRATE SHERMAN

**WILLIAM W. EASLEY,**

      **Defendant.**

## DISCHARGE OF JUDGMENT

The Plaintiff having been notified by its client agency that this debt has been discharged, and deemed uncollectible, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                               GREGORY G. LOCKHART
                                               United States Attorney

                                               s/Deborah F. Sanders
                                             DEBORAH F. SANDERS (0043575)
                                             Assistant United States Attorney
                                             303 Marconi Boulevard, Suite 200
                                             Columbus, Ohio  43215
                                             (614) 469-5715

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 30, 2007</u>, I electronically filed the foregoing Plaintiff's Discharge of Judgment with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to William W. Easley, 366 E. 15th Avenue, #A, Columbus, Ohio 43201.

                                          s/Deborah F. Sanders
                                          DEBORAH F. SANDERS  (0043575)
                                          Assistant United States Attorney